UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CYNTHIA S. MILKOVITS,

           Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C22-5018-LK

**ORDER AMENDING THE SCHEDULING ORDER**

This matter is before the Court on Defendant's motion to amend the scheduling order, supported by counsel's declaration requesting the extension due to workload reasons. Dkt. 17. This court has repeatedly warned Defendant's attorneys that workload management is their responsibility, not the court's. The Court will grant the instant motion but advises counsel her workload will not be sufficient grounds for further extensions of time. Accordingly, it is hereby ORDERED that the Scheduling Order (Dkt. 14) is amended as follows.

- Defendant's Response Brief is due June 20, 2022.
- Plaintiff's Optional Reply Brief is due July 5, 2022.

DATED this 20th day of May 2022.

Lauren J. King
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1